IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JESSIE THOMAS, individually
and as next friend to JAMES THOMAS,
an incapacitated adult                                                                           PLAINTIFF

V.                                      CIVIL NO. 12-cv-1098

NISSAN MOTOR CO., LTD                                                                           DEFENDANT

## ORDER

Before the Court is a Joint Motion for Dismissal With Prejudice. (ECF No. 23). The parties advise the Court that all claims in this case have been resolved. Accordingly, Plaintiff's claims against Defendant are hereby **DISMISSED WITH PREJUDICE**.

If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this order. The Court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 23rd day of April, 2014.

    /s/ Susan O. Hickey
Susan O. Hickey
United States District Judge